**No. 61890.**—Trans Atlantic Company *v.* United States, protest 306013–K (New York).

Opinion by LAWRENCE, J.   It was stipulated that the merchandise consists of butt hinges, imported with wood screws of steel, the hinges measuring 3 inches by 3 inches or 3½ inches by 3½ inches, being packed 2 hinges and 12 screws to a box (12 screws for each pair of hinges), and the hinges, size 4 inches by 4 inches, being packed 2 hinges and 16 screws to a box (16 screws for each pair of hinges), of the same kind in all material respects as the merchandise the subject of *Trans Atlantic Company* v. *United States* (35 Cust. Ct. 1, C. D. 1712).   Upon the agreed statement of facts and following the cited authority, the claim of the plaintiff was sustained, the value of the screws being held as follows, as stipulated by counsel:

| Item | Value of screws per 1,000 |
| --- | --- |
| 3 x 3 | $1.21 |
| 3½ x 3½ | $1.48 |
| 4 x 4 | $1.64 |

which values were included in the value of the screws and hinges, as invoiced and appraised.

**No. 61891.** —F. B. Vandegrift & Co., Inc. *v.* United States, protest 306830–K (Philadelphia).

Opinion by LAWRENCE, J.   In accordance with oral stipulation of counsel that the three champagne tanks in question consist of cylindrical tanks for holding liquids, the claim of the plaintiff was sustained.

**No. 61892.**—James G. Wiley Company *v.* United States, protest 321238–K (Los Angeles).

Opinion by LAWRENCE, J.   The protest was dismissed.

**No. 61893.**—The American Metal Company, Limited *v.* United States, protest 321596–K (Los Angeles).

Opinion by LAWRENCE, J.   The protest was dismissed.